TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264
SKYLER H. PEARSON
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181
Skyler.pearson@usdoj.gov

*Attorneys Representing the United States of America*

FILED

JUN 2 3 2026

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:_____Deputy

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **3:26-mj-071-CSD** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | 18 U.S.C. § 2113(b) –Bank Theft. |
| KLEIBER JOVANNY GARCIA ROJAS and | |
| JOSE SOTO, | |
| Defendants. | |

BEFORE the Honorable Craig S. Denney, United States Magistrate Judge for the District of Nevada, the undersigned complainant being first duly sworn states:

COUNT ONE
Bank Theft
(18 U.S.C. §§ 2113(b), 2)

On or about June 3, 2026, in the State and Federal District of Nevada,

KLEIBER JOVANNY GARCIA ROJAS and

JOSE SOTO,

defendants herein, aiding and abetting one another, did take and carry away with intent to steal and purloin money and property of a value exceeding $1,000, that is, approximately $76,000 of United States currency, belonging to and in the care, custody, control, management, and possession of Great Basin Federal Credit Union, a credit union as defined by Title 18, United States Code, Section 2113(g), all in violation of Title 18, United States Code, Sections 2113(b) and 2.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

AFFIDAVIT

I, Timothy Man, Special Agent with the Federal Bureau of Investigation (FBI), Las Vegas Division, Reno Resident Agency, being duly sworn, depose and state as follows:

1.    I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for over five years. As part of my duties as a Special Agent at the Reno Resident Agency, I investigate health care fraud, white collar crimes, bank robberies, gang related crimes, automatic teller machine (ATM) jackpottings, and other violations of federal law. The statements contained in this affidavit are based upon my experience and background as a Special Agent and on information provided by other law enforcement investigators, including but not limited to officers from the Reno Police Department, deputies from the Washoe County Sheriff's Office, and Special Agents and Task Force Officers with the Federal Bureau of Investigation.

2.    Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date in order to establish probable cause to charge KLEIBER JOVANNY GARCIA ROJAS and JOSE SOTO with Bank Theft in violation of Title 18, United States Code, Sections 2113(b) and 2.

Background on ATM Jackpotting

3.    In my training and experience in investigating ATM Jackpotting, subjects would work in a crew of at least two or more people with specific roles. Two people would approach the ATM while all others in the crew would stage on the perimeter as "lookouts". One person would be the on the phone communicating with a lookout or with a person who provided technical support. The other person would be the one who carried the keys and opened the ATM and installed a digital device to manipulate the ATM, allowing the

3

person to withdraw cash from it, bypassing any security functions made to limit the amount of cash allowed to be withdrawn. This person would have the knowledge on where to connect their digital device to the appropriate ports on the computer inside the ATM.

<u>Attempt 1: June 3, 2026 – 322 Buck Dr. Reno, NV 89506</u>

4.      On June 3, 2026, at approximately 12:17AM, two masked individuals approached a drive-thru ATM at the Great Basin Federal Credit Union (GBFCU) located at 322 Buck Dr. Reno, NV 89506.

5.      One of the individuals, Subject 1, can be seen wearing a mask with a light and dark camouflage pattern with a hood over their head and a black jacket with a red logo on the left breast area. Subject 1 also held a phone the during the ATM jackpotting. Subject 2 wore a brown and black camouflage pattern balaclava. Subject 2's dark hair protruded out the mask along the neckline and wore a metal bracelet on their left wrist.



6. Subject 2 opened the bottom panel of the ATM with a key and opened the top panel and connected what appeared to be a digital device into the computer inside the ATM. Subject 1 and 2 would then withdraw cash from the ATM using their own cards until the ATM was empty. Subject 1 and Subject 2 were able to collect a large amount of cash from that ATM without authorization and left the area walking southbound from the ATM. An audit of this ATM revealed that GBFCU recorded a loss of $76,030.00.

 

**Installing Digital Device**          **Taking Cash from ATM**

7. Subject 1 and Subject 2 tried to perform the same activity on the adjacent ATM, but were unsuccessful in opening the top panel.

Attempt 2: June 3, 2026 – 381 Los Altos Pkwy Sparks, NV 89436

8. On the same day at about 2:48AM, Subject 1 and Subject 2 approached another GBFCU branch's drive-thru ATM located at 381 Los Altos Pkwy Sparks, NV 89436. Subject 2 opened the ATM with a key while Subject 1 appeared to be communicating with someone on their cellular phone. Subject 2 briefly opened the ATM and then closed it and left the premises with Subject 1.

/ / /

/ / /




**Subject 1**                                       **Subject 2**

Attempt 3: June 5, 2026 – 322 Buck Dr. Reno, NV 89506

9.      On June 5, 2026, at approximately 12:00AM, Subject 1 and Subject 2 returned to the drive-thru ATM at the GBFCU branch located at 322 Buck Dr. Reno, NV 89506 on foot. Subject 2 opened the ATM briefly with a key while Subject 1 had a phone in

6

their hand. After Subject 2 closed the panels of the ATM, both Subject 1 and Subject 2 left the premises.





Attempt 4: June 5, 2026 – 9770 S Virginia St. Reno, NV 89511

10.    On June 5, 2026, at approximately 12:42AM, Subject 1 and Subject 2 approached the GBFCU branch drive-thru ATM located at 9770 S Virginia St. Reno, NV 89511 on foot. While they were attempting to jackpot the ATM, GBFCU employees saw

Subject 1 and Subject 2 through surveillance cameras because they were previously alerted to the alarm triggered at the drive-thru ATM at the 322 Buck Dr branch earlier that night. GBFCU employees called 911 for law enforcement to respond.



11.    The Reno Police Department responded along with the Washoe County Sheriff's Office K9 unit to address the situation. When law enforcement confronted Subject 1 and Subject 2, Subject 2 fled from law enforcement before he was apprehended. Subject 1 was found hiding in the bushes behind the building adjacent to the GBFCU branch.

12.    After they were both apprehended, Subject 1 was identified as Kleiber Jovanny Garcia Rojas and Subject 2 was identified as Jose Soto.

    

Subject 1                    Subject 2

8

13.   There is probable cause that Subject 1 is Garcia Rojas, as he wore the same mask in all of the incidences and was recovered by the Reno Police Department after he was arrested.

**June 3, 2026 – 322 Buck Dr. Reno, NV 89506**



**June 3, 2026 – 381 Los Altos Pkwy Sparks, NV 89436**



**June 5, 2026 – 322 Buck Dr. Reno, NV 89506**



**June 5, 2026 – 9770 S Virginia St. Reno, NV 89511**





**Mask Recovered After the Arrest of Garcia Rojas**

14.     Garcia Rojas was also wearing the same black hooded clothing that had a red logo on the left breast area for all the incidences, which he was also wearing when he was arrested, as seen in the photo of Subject 1 in Paragraph 12 above.

**June 3, 2026 – 322 Buck Dr. Reno, NV 89506**

**June 3, 2026 – 381 Los Altos Pkwy Sparks, NV 89436**





10

June 5, 2026 – 322 Buck Dr. Reno, NV 89506     June 5, 2026 – 9770 S Virginia St. Reno, NV 89511

     

15.    There is probable cause that Subject 2 is Jose Soto, as Soto was the same person who opened the ATM using keys in every incident. Soto also connected the digital device in the ATMs at the GBFCU branches located at 322 Buck Dr and 9770 S Viriginia St. Although Soto wore different clothing during the ATM Jackpotting on June 3, 2026 and June 5, 2026, Soto was observed wearing a metal bracelet on his left wrist on both days. At the time of Soto's arrest, the metal bracelet was on his left wrist.

**Soto's Wrist at Arrest**



11

June 3, 2026 – 322 Buck Dr. Reno, NV 89506



June 3, 2026 – 381 Los Altos Pkwy Sparks, NV 89436



June 5, 2026 – 322 Buck Dr. Reno, NV 89506



June 5, 2026 – 9770 S Virginia St. Reno, NV 89506



16. Soto also wore the same mask for the incidences that occurred on the same corresponding days, such as the dark brown and black balaclava for June 3, 2026, and the white mask for June 5, 2026. When Soto was wearing the dark brown and black balaclava, his hair can be seen protruding from the neckline, which was consistent with Soto's longer hair.

12

17.    Surveillance cameras observed Soto using a blue and silver card to withdraw cash from the ATM. The cards observed on surveillance cameras were consistent with the debit cards also found on Garcia Rojas' person he was arrested.

 

 

18.    Based on the above facts and my training and experience, I believe there is probable cause to believe that Kleiber Jovanny Garcia Rojas and Jose Soto committed the

13

offense of Bank Theft, in violation of Title 18, United States Code, Sections 2113(b) and 2, when they stole approximately $76,030 from the custody of GBFCU, a Federal Credit Union, on or about June 3, 2026.

Tim Man
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 24th day of June, 2026

HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

14